IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY<br><br>Defendant. | Civil Action No. 25-3700 (TSC) |

### [PLAINTIFF'S PROPOSED] ORDER

Upon consideration of the February 6, 2026 Joint Status Report ("JSR"), it is hereby ORDERED that Defendant Federal Housing Finance Agency ("FHFA") shall by July 1, 2026 complete processing of Plaintiff's *Schiff-James Referral* records request (2025-FOIA-98), *see* Compl., ECF No. 1 ¶ 10, and release non-exempt portions of the responsive records to Plaintiff.

It is further:

ORDERED that the Parties shall file a JSR by Wednesday, July 15, 2026, indicating the status of Defendant's production of documents and whether any further judicial intervention is needed.

SO ORDERED.

Dated: _____          _____
                                                                    HON. TANYA S. CHUTKAN
                                                                    U.S. District Judge