**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DEMOCRACY FORWARD FOUNDATION

Plaintiff,

v.

FEDERAL HOUSING FINANCE AGENCY

Defendant.

Civil Action No. 25-3700 (TSC)

**[PLAINTIFF'S PROPOSED] ORDER**

Plaintiff's Motion for a Production Schedule is GRANTED.

It is hereby ORDERED that Defendant Federal Housing Finance Agency ("FHFA") shall by August 1, 2026, complete processing of Plaintiff's *Pulte Referrals and WH Comms* records request (2025-FOIA-139), *see* Compl., ECF No. 1 ¶ 19, and release non-exempt portions of the responsive records to Plaintiff.

SO ORDERED.


Dated: _____        _____
                                       HON. TANYA S. CHUTKAN
                                       U.S. District Judge

1