UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

FEDERAL HOUSING FINANCE AGENCY,

Defendant.

Civil Action No. 25-3700 (TSC)

**MOTION FOR AN EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE
TO PLAINTIFF'S MOTION FOR PRODUCTION SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant moves, by and through undersigned counsel, for a 14-day extension of Defendant's deadline to respond to Plaintiff's Motion for Production Schedule, ECF No. 14, currently due on July 14, 2026.  If the Court grants Defendant's motion for extension of time, the response deadline will be July 28, 2026.  Plaintiff does not oppose a 7-day extension but opposes the requested 14 days.  Good cause supports this motion, as set forth below:

1.  On June 30, 2026, Plaintiff filed a Motion for Production Schedule requesting the Court to issue an order requiring Defendant Federal Housing Finance Agency to produce records in connection with a Freedom of Information Act request. *See* ECF No. 14.

2.  Pursuant to Local Civil Rule 7(b), Defendant's response to the Motion for Production Schedule is currently due on July 14, 2026.

3.  On July 9, 2026, current counsel for Defendant, who joined the U.S. Attorney's Office on June 29, 2026, was substituted for prior counsel for Defendant who recently left the office.  *See* ECF No. 15.

- 2 -

4. Good cause exists for this extension request. Defendant's counsel recently joined the U.S. Attorney's Office and has competing deadlines in a large volume of cases that have been assigned to him. Accordingly, undersigned counsel for Defendant requires additional time to familiarize himself with the case, to confer with agency counsel, and formulate an appropriate filing for the Court's consideration.

5. The requested extension would not affect any other deadlines in this case.

6. Pursuant to Local Civil Rule 7(m), the parties conferred regarding the requested extension of time, and as referenced above, Plaintiff does not oppose a 7-day extension but opposes the requested 14 days. A proposed order is attached.

Dated: July 10, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _/s/ Brett Covington_
    BRETT COVINGTON
    D.C. Bar #1003835
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-0888
    Brett.Covington@usdoj.gov

    *Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

      Plaintiff,

  v.

FEDERAL HOUSING FINANCE AGENCY,

      Defendant.

Civil Action No. 25-3700 (TSC)

## [PROPOSED] ORDER

Upon consideration of the Motion for an Extension of Time to File Defendant's Response to Plaintiff's Motion for Production Schedule, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**.  It is further

**ORDERED** that Defendant shall respond to Plaintiff's Motion for Production Schedule on or before July 28, 2026.

**SO ORDERED**, this ____ day of _____, 2026.

_____
TANYA S. CHUTKAN
United States District Judge