UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AUTHORITY,<br><br>Defendant. | Civil Action No. 25-3700 (TSC) |

**PLAINTIFF'S RESPONSE IN PARTIAL OPPOSITION TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**

Plaintiff Democracy Forward Foundation respectfully partially opposes Defendant's Motion for an Extension of Time to respond to Plaintiff's Motion for a Production Schedule (ECF No. 14). Although Plaintiff does not oppose a brief extension until July 17, 2026, as a professional courtesy to newly assigned counsel, Plaintiff opposes Defendant's request to extend its response deadlines by two weeks until July 28, 2026, to Plaintiff's 7-page motion for a reasonable production schedule.[1]

Plaintiff's motion seeks modest relief after Defendant Federal Housing Finance Authority ("FHFA") failed to produce records by its represented May 15, 2026, production date, and then, for nearly two months, has declined to provide any explanation for that delay or an updated production schedule despite repeated inquiries from Plaintiff. During the parties' Local Civil Rule 7(m) conferral regarding the requested extension, Defendant represented that it could not provide

---

[1] Defendant notes in its Motion for an Extension of Time that Plaintiff does not oppose a 7-day extension (ECF No. 16). Plaintiff instead conveyed that it does not oppose a brief extension until July 17, 2026.

a substantive update regarding the agency's processing or anticipated production timeline by either the current July 14 response deadline or the parties' July 15 Joint Status Report. Under these circumstances, not only has Defendant failed to demonstrate why a two-week extension is warranted, but Defendant's continued inability to provide any update regarding the status of processing only reinforces Plaintiff's request for a Court-ordered production schedule.

Accordingly, Plaintiff respectfully requests that Court deny Defendant's motion seeking an extension until July 28, 2026, and instead extend Defendant's deadline to respond to Plaintiff's Motion until July 17, 2026.

Dated: July 10, 2026

Respectfully submitted,

/s/ *Anisha Hindocha*

Anisha N. Hindocha
(Bar No. 1725159)
Daniel A. McGrath
(Bar No. 1531723)
Robin F. Thurston
(Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org