UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

      Plaintiff,

    v.

FEDERAL HOUSING FINANCE AGENCY,

      Defendant.

Civil Action No. 25-3700 (TSC)

## JOINT STATUS REPORT

Pursuant to this Court's February 9, 2026, Minute Order, the Federal Housing Finance Agency ("Defendant") and the Democracy Forward Foundation ("Plaintiff"), by and through undersigned counsel, hereby submit this Joint Status Report in this action under the Freedom of Information Act ("FOIA"). The parties report as follows:

On June 30, 2026, Plaintiff filed a Motion for Production Schedule ("Motion") asking the Court to order Defendant to produce records responsive to its FOIA request 2025-FOIA-139 by a specified date. *See* ECF No. 14. The deadline for Defendant's response to the Motion is July 21, 2026. *See* July 14, 2026, Minute Order. Defendant has identified the responsive documents and is in the process of making its final determinations on FOIA exemptions and redactions for those documents. Defendant expects to be in a position to provide information regarding an anticipated timeline to complete processing in its response to Plaintiff's Motion. Defendant objects to Plaintiff including argument in this status report and will address the issues below in Defendant's response to the Motion.

Plaintiff's position regarding request 2025-FOIA-139 remains as set forth in its pending Motion for Production Schedule. Plaintiff notes that, more than five months ago, Defendant

represented that it had already identified 219 responsive pages and 628 potentially responsive pages for request 2025-FOIA-139 and expected to complete processing by May 15, 2026. *See* Joint Status Report ("Feb. 6, JSR") ¶ 5, ECF No. 12 (Feb. 6, 2026). Defendant's present statement that it has "identified the responsive documents" therefore does not appear, in Plaintiff's view, to reflect substantial progress beyond what Defendant reported to the Court long ago. Plaintiff has also requested confirmation that Defendant intends to comply with its agreed production timeline for the final request at issue in this litigation.[1]

The parties propose that they file a further status report on or before August 14, 2026.

Dated: July 15, 2026

By:  */s/ Anisha Hindocha*
Anisha N. Hindocha
(Bar No. 1725159)
Daniel A. McGrath
(Bar No. 1531723)
Robin F. Thurston
(Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
rthurston@democracyforward.org
ahindocha@democracyforward.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Brett S. Covington*
BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Counsel for Defendant*

---

[1] On February 19, 2026, FHFA agreed to complete production of non-exempt portions of the records responsive to request 2025-FOIA-098 by September 4, 2026, and, in return, Plaintiff agreed to both narrow the request and not seek an order from the Court regarding the timeline for processing of that request.