UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

FEDERAL HOUSING FINANCE AGENCY,

Defendant.

Civil Action No. 25-3700 (TSC)

**DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION FOR PRODUCTION SCHEDULE**

Plaintiff's Motion for Production Schedule (ECF No. 14) should be denied because the Federal Housing Finance Agency ("Defendant" or "FHFA") is planning to provide its first interim response to the request that is the subject of the instant motion within less than 30 days and currently anticipates that it will complete the processing of that request by mid-September. Accordingly, it is not necessary for the Court to enter an order setting a schedule nor is there any basis for the Court to enter the expedited schedule requested by Plaintiff.

This case involves four separate requests brought by Plaintiff under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, although the Plaintiff's current motion only involves FOIA Request No. 2025-FOIA-139. As to that request, FHFA is committed to providing its first interim response by August 13, 2026, and subsequent interim responses on a monthly basis until processing is complete. FHFA anticipates that it will be able to complete the processing and release of non-exempt responsive documents with respect to FOIA Request No. 2025-FOIA-139 by September 15, 2026, and will update the Court and Plaintiff should an additional amount of time be required. This schedule would result in the completion of processing only one month after

what Plaintiff requests in its motion.  *See* Mot. at 7 (asking the Court to order FHFA to "complete processing and production of non-exempt records responsive to 2025-FOIA-139 . . . by August 1, 2026"), ECF No. 14.  Plaintiff, however, has offered no basis for the requested expedited schedule. Although the Complaint alleges in passing that records were requested on an "expedited basis," the Complaint does not allege that the request met the requirements for expedited treatment under FOIA, nor does it assert a claim for wrongful denial of any alleged expedited processing request. Compl. ¶¶ 19, 29-30 (ECF No. 1).

The schedule that FHFA has outlined above is reasonable as FHFA has identified approximately 1000 pages of documents potentially responsive to FOIA Request No. 2025-FOIA-139, and the review and evaluation of those documents for FOIA exemptions has required more time than initially anticipated due to the complexity of the exemption analysis and a backlog of other FOIA requests directed to FHFA. Although FOIA is a disclosure statute, "FOIA expressly recognizes that 'important interests [are] served by [its] exemptions,' and '[t]hose exemptions are as much a part of [FOIA's] purpose[s and policies] as the [statute's disclosure] requirement.'" *See Food Mktg. Inst. v. Argus Leader Media*, 588 U.S. 427, 439 (2019).  Thus, FHFA should be afforded sufficient time to complete that review process.  Even FOIA's expedited processing provisions—which are not at issue in this case—do not require an agency to do more than what is "practicable."  5 U.S.C. § 552(a)(6)(E)(iii) ("An agency shall process as soon as practicable any request for records to which the agency has granted expedited processing under this subparagraph.").

For the above reasons, Plaintiff's motion should be denied.  A proposed order is attached.

- 3 -

Dated: July 21, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/ Brett Covington
  BRETT COVINGTON
  D.C. Bar #1003835
  Assistant United States Attorney
  601 D Street, NW
  Washington, DC 20530
  (202) 252-0888
  Brett.Covington@usdoj.gov

  *Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.                                                                    Civil Action No. 25-3700 (TSC)

FEDERAL HOUSING FINANCE AGENCY,

Defendant.

## [PROPOSED] ORDER

Upon consideration of the Motion for Production Schedule, ECF No. 14, and the

Opposition thereto, it is hereby **ORDERED** that the Motion for Production Schedule is **DENIED**.

**SO ORDERED**, this ___ day of _____, 2026.

_____
TANYA S. CHUTKAN
United States District Judge

- 4 -