UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL HOUSING FINANCE AGENCY, <br><br> Defendant. | Civil Action No. 25-3700 (TSC) |

## <u>DECLARATION OF ANISHA N. HINDOCHA</u>

I declare under penalty of perjury, 28 U.S.C. § 1746, under the laws of the United States of America that the following is true and correct to the best of my knowledge and belief.

1. I, Anisha N. Hindocha, am Oversight Counsel at Democracy Forward Foundation ("DFF").

2. In this matter, I have personally reviewed the Freedom of Information Act ("FOIA") requests and the organization's correspondence files. I consequently have personal knowledge of the information contained within this declaration.

3. Attached as Exhibit 1 is a true and correct copy of the August 29, 2025, FOIA request DFF sent to Defendant Federal Housing Finance Authority ("FHFA") seeking, on an expedited basis, (1) criminal referral letters sent by FHFA Director William J. Pulte or any other FHFA official to the Department of Justice regarding alleged mortgage fraud by particular individuals and (2) records reflecting communications between William J. Pulte with any staff of the White House, including with President Trump from March 1, 2025, through the date of the search.

- 2 -

4. Attached as Exhibit 2 is a true and correct copy of the September 8, 2025,

acknowledgement letter DFF received via email from FHFA regarding this request,

assigned tracking number 2025-FOIA-139, and another request confirming that the

requests were placed on FHFA's complex/expedited track and that processing of these

requests is approximately 45-60 days.


/s/ Anisha N. Hindocha                              7/23/2026

Anisha N. Hindocha                                 [Dated]
Richmond, Virginia

- 2 -

# Exhibit 1

# DEMOCRACY FORWARD ▶

August 29, 2025

**VIA Electronic Delivery**

Federal Housing Finance Agency
Constitution Center
400 7th Street, S.W. 4th Floor
Washington, DC 20024
FOIA@fhfa.gov

**Re: Freedom of Information Act Request**

Dear FOIA Officer:

Pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §§ 552, Democracy Forward Foundation submits this request for records.

*Records Requested*

Democracy Forward Foundation ("DFF") requests that the Federal Housing Finance Agency ("FHFA") produce the following within twenty (20) business days:

> 1. All criminal referral letters sent from FHFA Director William J. Pulte or any other FHFA official (other than officials within the FHFA Office of Inspector General) to the Department of Justice regarding alleged mortgage fraud by particular individuals, including but not limited to the referrals publicly mentioned on Pulte's post on X.com on August 22, 2025.[1]

> 2. All records reflecting communications (including email communications, text message and similar message communications, calendar entries, and documents summarizing or reflecting the content of phone calls or meetings) of William J. Pulte with any staff of the White House, including with President Trump.

This request seeks records from March 1, 2025 until the date of the search.

---

[1] William J. Pulte "*2 additional criminal referrals have been made.*," X.com (August 22, 2025), https://x.com/pulte/status/195905578871512748

DFF-FHFA-25-1248

## DEMOCRACY FORWARD ▶

*Request for Expedited Processing*

DFF's requests merit expedited processing because: (1) the requests concern a "matter of widespread and exceptional media interest in which there exists possible questions about the Federal Government's integrity, affecting public confidence," *see* 12 C.F.R. § 1202.10(a)(4); and (2) there is an "urgency to inform the public about an actual or alleged Federal Government activity," *see id.* § 1202.10(a)(2).

I. **DFF's requests merit expedited processing because they concern a matter attracting exceptional media interest in which there exist possible questions about government integrity that affect public confidence.**

A. **DFF's requests concern a matter attracting widespread and exceptional media interest.**

The focus of DFF's FOIA requests–the Government's criminal referrals of public officials from the Federal Housing Finance Authority to the Department of Justice–has garnered immense attention from the American public, congress, and the press. In particular, there has been significant media coverage and public interest surrounding the Government's motivations behind the criminal referrals and the subsequent consequences pending these investigations.

In April 2025, the media reported that William J. Pulte, in his capacity as the Director of the FHFA, sent a criminal referral letter to Attorney General Pamela J. Bondi alleging that New York Attorney General Letitia James has committed mortgage occupancy fraud.[2] In May, the Director of the Federal Bureau of Investigation, Kash Patel, confirmed that the criminal referral was proceeding to a formal criminal investigation.[3]

---

[2] Jonah E. Bromwich, "*Trump Official Scrutinizes N.Y.'s Attorney General Over Real Estate*," The New York Times (April 16, 2025), https://www.nytimes.com/2025/04/16/nyregion/trump-letitia-james-mortgage-fraud.html; Jesse Zanger and Alice Gainer, "*New York Attorney General Letitia James accused of possible mortgage fraud*," CBS News (April 18, 2025), https://www.cbsnews.com/newyork/news/new-york-attorney-general-letitia-james-mortgage-fraud-allegation/.
[3] Kara Scannell and Hannah Rabinowitz, "*FBI director confirms federal probe into New York attorney general*," CNN (May 19, 2025), https://www.cnn.com/2025/05/19/politics/letitia-james-ny-attorney-general-fbi-investigation.

DFF-FHFA-25-1248

# DEMOCRACY FORWARD ▶

In July 2025, the media reported that Pulte sent another criminal referral letter to Attorney General Bondi, this time referring Senator Adam B. Schiff for alleged mortgage fraud.[4] This referral is also proceeding to a formal criminal investigation by DOJ.[5]

Finally, in August 2025, the media reported that Pulte had referred Federal Reserve Governor Lisa Cook to DOJ for alleged mortgage fraud.[6] Pulte posted pictures of Cook's criminal referral letter on X.com, and later publicly communicated with Ed Martin, the Director of DOJ's Weaponization Working Group, via the social media platform about the criminal referral.[7] In a letter to Federal Reserve Chair Jerome Powell, Martin stated that the DOJ would begin investigating Cook.[8] He wrote: "At this time, I encourage you to remove Ms. Cook from your Board… Do it today before it is too late!" Shortly thereafter, President Trump called on Cook to resign over allegations of fraud and later removed her from her position.[9]

Though certainly not an exhaustive recitation of all reporting on the FHFA Director's criminal referrals of public officials, the above sampling of media reports clearly demonstrates that this issue has attracted widespread and exceptional media interest, highlighting the pressing need for expedited processing of DFF's related FOIA requests.

---

[4] Josephine Walker, "*Trump escalates revenge campaign with new attacks on Schiff*," Axios (July 15, 2025), https://www.axios.com/2025/07/15/trump-schiff-political-retribution-campaign-attacks; Kevin Rector and Laura J. Nelson, "*Trump accuses Schiff of mortgage fraud, which Schiff calls false 'political retaliation'*," The Los Angeles Times (July 15, 2025), https://www.latimes.com/politics/story/2025-07-15/trump-accuses-schiff-of-mortgage-fraud-which-schiff-calls-false-political-retaliation.

[5] Ryan J. Reilly, et. al., "*DOJ investigating N.Y. AG's office and Sen. Adam Schiff*," NBC News (August 8, 2025), https://www.nbcnews.com/politics/justice-department/doj-opens-investigation-new-york-ags-office-brought-fraud-case-trump-rcna22373..

[6] Chris Megerian, et. al., "*Lisa Cook is latest target for Bill Pulte, Trump's housing regulator*," Boston Herald (August 26, 2025), https://www.bostonherald.com/2025/08/26/federal-reserve-enforcer-bill-pulte/; Jeremy Herb, "*How an obscure housing director launched Trump's firing of Fed governor Lisa Cook*," CNN (August 26, 2025), https://www.cnn.com/2025/08/26/politics/bill-pulte-lisa-cook-federal-reserve-mortgage.

[7] William J. Pulte, "*Here is the Criminal Referral Letter on Lisa Cook, the current Fed Governor.*," X.com (August 20, 2025), https://x.com/pulte/status/1958138434171629636

Edward R. Martin Jr., "*Received.*," X.com (August 20, 2025), https://x.com/EagleEdMartin/status/1958368781870522739.

[8] Kevin Breuninger and Sara Eisen, "*Trump official says DOJ will investigate Fed Governor Cook*," CNBC News (August 21, 2025), https://www.cnbc.com/2025/08/21/trump-powell-cook-fed-mortgage-fraud.html; Bryan Mena and Phil Mattingly, "*Justice Department signals probe of Fed Governor Lisa Cook, as housing official says a third property is now under scrutiny*," CNN (August 21, 2025), https://www.cnn.com/2025/08/21/economy/fed-governor-lisa-cook-doj; Sam Sutton, "*DOJ calls for Powell to fire Cook over fraud accusation*," Politico (August 21, 2025), https://www.politico.com/news/2025/08/21/doj-calls-for-powell-to-fire-cook-over-fraud-accusation-00519032.

[9] Mary Cunningham, "*Trump calls on Federal Reserve Governor Lisa Cook to resign after she was accused of mortgage fraud*," CBS News (August 22, 2025), https://www.cbsnews.com/news/trump-lisa-cook-federal-reserve-governor-bill-pulte/; Steve Kopack, "*Trump says he's removing Fed governor Lisa Cook, citing his administration's allegations of mortgage fraud*," NBC News (August 25, 2025), https://www.nbcnews.com/politics/white-house/trump-removing-federal-reserve-governor-lisa-cook-rcna227138.

DFF-FHFA-25-1248



**B. The widespread media reporting on Administration officials' criminal referrals of public officials raises numerous questions about the government's integrity that affect public trust.**

Numerous articles concerning Administration officials' criminal referrals of public officials perceived to be political adversaries of President Trump expressly raise questions about government integrity that affect public trust, including:

1) Whether Director Pulte's selection of Letitia James and Adam Schiff as targets for criminal referrals to DOJ is motivated by political retribution for President Trump?

   It is public knowledge that President Trump considers Letitia James and Adam Schiff to be his political adversaries. In 2023, James won a civil case against Trump regarding alleged overvaluation of his properties.[10] And Schiff served as an impeachment manager during Trump's first impeachment trial and led an investigation into Trump's possible collusion with Russia during the 2016 election.[11] President Trump has publicly identified James as a political target on whom he would seek revenge, stating she "should be arrested and punished" at a campaign rally.[12] President Trump has, likewise, attacked Schiff since 2017 and called for Schiff's prosecution for his involvement in the January 6 investigation committee.[13] Furthermore, Pulte and Martin–both key figures in these investigations–have expressed intentions to seek political retribution on behalf of President Trump.[14,15]

   Media has also noted that political allies of President Trump have received more favorable treatment. For example, DOJ has not signaled any intention to investigate Texas Attorney General Ken Paxton, despite an investigation by the Associated Press revealing that Paxton claimed three homes as his primary residence. Media outlets have commented "[i]t's unlikely that Paxton, a staunch Trump ally, will face the same federal

---

[10] Madeline Halpert, "*Trump administration seeks criminal prosecution of New York attorney general*," BBC News (April 16, 2025), https://www.bbc.com/news/articles/c7vn1rymz38o.

[11] Sadie Gurman and Corinne Ramey, "*Justice Department Opens Probes Into Two Trump Enemies*," Wall Street Journal (August 8, 2025), https://www.wsj.com/us-news/law/justice-department-opens-probes-into-two-trump-enemies-87b00800?st=mzi38x&reflink=desktopwebshare_permalink.

[12] Anthony Coley, "*Trump promised payback for Letitia James. He seems to have kept his word.*," MSNBC (August 12, 2025), https://www.msnbc.com/opinion/msnbc-opinion/donald-trump-letitia-james-subpoenas-rcna224310.

[13] Jeremy Herb, "*Trump uses FBI and Justice Department to escalate his long-standing feud with Adam Schiff*," CNN (August 18, 2025), https://www.cnn.com/2025/08/18/politics/adam-schiff-donald-trump-justice-fbi.

[14] Chris Megerian, et. al., "*Lisa Cook is latest target for Bill Pulte, Trump's housing regulator*," Boston Herald (August 26, 2025), https://www.bostonherald.com/2025/08/26/federal-reserve-enforcer-bill-pulte/.

[15] Ja'han Jones, "*Martin suggested his group intends to use its powers to poke around in other parts of James' and Schiff's lives in search of things unrelated to the mortgage allegations.*" MSNBC News (August 18, 2025), https://www.msnbc.com/top-stories/latest/trump-weaponization-law-enforcement-letitia-james-adam-schiff-rcna225635; Michael Daly, *How Trump Served an Obscene Double Dose of Loan Hypocrisy*, The Daily Beast (Aug. 28, 2025), https://www.thedailybeast.com/how-donald-trump-served-an-obscene-double-dose-of-loan-hypocrisy/.

DFF-FHFA-25-1248

**DEMOCRACY FORWARD▶**

scrutiny as James and Schiff."[16] This perception that criminal referrals are being wielded in a politically motivated way raises questions of government integrity that undermine public trust.

2) Whether this is the start of a larger trend of DOJ weaponizing criminal referrals against public officials who are perceived to be political adversaries of President Trump?

Following the announcement of Cook's criminal referral, Pulte posted on X.com that he had sent two additional criminal referrals of unnamed individuals to DOJ.[17] Multiple media outlets have commented on this "weaponization" of criminal referrals for partisan aims and posited whether it represents the beginning of a larger effort to undermine political adversaries through selective enforcement.[18]

3) Whether a desire to influence the Federal Reserve or to lessen the Federal Reserve's independence motivated the investigation and subsequent firing of Lisa Cook?

Media outlets have also raised questions as to whether Pulte's accusations against Cook are motivated by President Trump's desire to influence the Federal Reserve. Media outlets have noted "the attempted firing [followed] a months-long pressure campaign undertaken by Trump [to] call for lower interest rates," and have opined that the President's team seeks to "bludgeon Ms. Cook into supporting a rate cut under threat of removal and criminal prosecution."[19] Media outlets have further noted that the removal of Cook would "[bring] the president one step closer to shaping the balance of the Fed's

---

[16] Pooja Salhotra, "*Ken Paxton Claimed Three Houses as His Primary Residence, Records Show*," The New York Times (July 24, 2025), https://www.nytimes.com/2025/07/24/us/politics/ken-paxton-mortgage.html.

[17] William J. Pulte "*2 additional criminal referrals have been made.*," X.com (August 22, 2025), https://x.com/pulte/status/1959055783871512748.

[18] The Editorial Board, "*Weaponizing the Housing Regulator*," The Wall Street Journal (August 20, 2025), https://www.wsj.com/opinion/bill-pulte-fhfa-political-lawfare-lisa-cook-donald-trump-federal-reserve-81eb588a?st=1jZjtF&reflink=desktopwebshare_permalink; Rachel Siegel, "*The Trump administration's new weapon against foes: Mortgage filings*," The Washington Post (August 26, 2025), https://www.washingtonpost.com/business/2025/08/25/trump-mortgage-filings-lisa-cook/; Steve Benen, "*Team Trump finds something new to weaponize: mortgage fraud allegations*," MSNBC (August 21, 2025), https://www.msnbc.com/rachel-maddow-show/maddowblog/team-trump-finds-something-new-weaponize-mortgage-fraud-allegations-rcna226381; Lauren Aratani, *'Pattern of lawfare': Trump is targeting opponents with mortgage fraud claims*, The Guardian (Aug. 24, 2025), https://www.theguardian.com/us-news/2025/aug/24/trump-lawfare-mortgage-fraud-lisa-cook; Gina Heeb, et al., *Mortgage-Fraud Accusations Are Trump's New Political Weapon*, The Wall Street Journal (Aug. 22, 2025), https://www.wsj.com/politics/policy/mortgage-fraud-accusations-are-trumps-new-political-weapon-05641cfd.

[19] The Editorial Board, "*Weaponizing the Housing Regulator*," The Wall Street Journal (August 20, 2025), https://www.wsj.com/opinion/bill-pulte-fhfa-political-lawfare-lisa-cook-donald-trump-federal-reserve-81eb588a?st=1jZjtF&reflink=desktopwebshare_permalink; Max Zahn, "*Trump's move to fire Lisa Cook threatens Fed independence, risks inflation: Experts*," ABC News (August 26, 2025), https://abcnews.go.com/Business/trumps-move-fire-lisa-cook-threatens-fed-independence/story?id=124985193.

DFF-FHFA-25-1248



seven-member board in his favor."[20] Senator Elizabeth Warren has accused Trump of using Cook as a scapegoat to cover up for current economic conditions.[21] Whether the government is using criminal referrals as means to interfere with the Federal Reserve's independence is plainly a question about government integrity that affects public trust.

Polling data shows that the government's perceived use of criminal referrals to pursue the political adversaries of President Trump affects public trust. A poll from the New York Times found that "73% of Americans oppose the idea of Trump trying to prosecute his adversaries, including 49% of Americans who consider themselves "strongly opposed."[22]

## II.   DFF's requests also merit expedited processing because there is an urgency to inform the public concerning actual or alleged Federal Government activity.

As an initial point, DFF–as a not-for-profit organization that works to promote transparency and accountability in government–is primarily engaged in disseminating information to the public. That DFF is an organization primarily engaged in "disseminating information to the public"[23] is evidenced by the previous use of public records obtained by DFF in numerous news reports.[24]

---

[20] Andrea Riquier, "'*Mortgage fraud' or abuse of housing finance system? Experts weigh in*," USA Today (August 27, 2025), https://www.usatoday.com/story/money/personalfinance/real-estate/2025/08/26/lisa-cook-firing-weaponizing-housing-finance/85834374007/.

[21] Namrata Sen, "*Elizabeth Warren Blasts Trump's 'Authoritarian Power Grab' In Dismissal Of Fed's Lisa Cook, Says Court Will 'Overturn' It*," Benzinga (August 26, 2025), https://www.benzinga.com/news/politics/25/08/47330048/elizabeth-warren-blasts-trumps-authoritarian-power-grab-in-dismissal-of-feds-lisa-cook-says-court-will-overturn-it.

[22] Byron Tau, "*Trump's perceived enemies worry about losing pensions, getting audited and paying steep legal bills*," WFMZ (January 23, 2025), https://www.wfmz.com/news/nation-world/government-politics/revenge-politics-washington-government/article_924c9a06-8f55-5284-a4a1-1eb692cdcc7f.html#1.

[23] 5 U.S.C. § 552 (6)(E)(v)(II) ("Compelling need" for the purpose of expedited processing mean "with respect to a request made by a person primarily engaged in disseminating information, urgency to inform the public concerning actual or alleged Federal Government activity.").

[24] *See*, *e.g.*, Alexander Nazaryan, *Why did right-wing troll Charles C. Johnson meet with Commerce Secretary Wilbur Ross?*, Yahoo News (May 14, 2019), https://news.yahoo.com/why-did-rightwing-troll-charles-c-johnson-want-to-meet-with-commerce-secretary-wilbur-ross-090000636.html; Derek Kravitz and Jack Gillum, *"Happy to Do It": Emails Show Current FAA Chief Coordinated With Ex-Lobbyist Colleagues on Policy*, ProPublica (Mar. 27, 2019), https://www.propublica.org/article/dan-elwell-current-faa-chief-coordinated-with-ex-lobbyist-colleagues-on-policy; Hamid Aleaziz, *Emails Show US Border Officials Didn't Receive "Zero Tolerance" Guidance Until After the Policy Was Enacted*, Buzzfeed News (Feb. 28, 2019), https://www.buzzfeednews.com/article/hamedaleaziz/zero-tolerance-policy-guidance-dhs-family-separation; Jonathan Cohn and Jeffrey Young, *Emails Show Trump Administration Was Told Obamacare Ad Cuts Could Hurt Enrollment*, Huffpost (Dec. 17, 2018), https://www.huffingtonpost.com/entry/trump-verma-obamacare-advertising-cut_us_5c115061e4b084b082ff8dba; Madison Pauly, *When the Biggest Prison Company Complained About a California Sanctuary Law, ICE Listened*, Mother Jones (Dec. 7, 2018), https://www.motherjones.com/politics/2018/12/geo-memo-private-prison-california-immigration/; Eliza Rellman, *'Just answer the question and kill this story': In internal emails, Heather Nauert criticized Rex Tillerson's refusal to deny reports that he called Trump a 'moron,'* Business Insider (Nov. 2, 2018),

DFF-FHFA-25-1248

DEMOCRACY
FORWARD▶

DFF makes records it receives via FOIA requests publicly available and disseminates information about those records requests through its own analysis and products as well as through media outlets.

There is an urgency to inform the public about the Administration's apparent use of criminal referrals of public officials for politically motivated reasons pursuant to 5 U.S.C. § 552(a)(6)(E)(v)(II), as there is both intense public interest surrounding the Administration's actions, and there are pending governmental decisions that could occur in short order. This creates a current exigency for the public to receive the information requested in advance of those actions.

President Trump's decision to remove Cook from the Federal Reserve Board of Governors following her criminal referral by Pulte has already demonstrated the severe consequences of these referrals. Experts warn that the "politicization of the institutions tasked with measuring and managing the economy will erode trust in American governance and markets" and that the

---

https://www.businessinsider.com/heather-nauert-rex-tillerson-trump-moron-2018-11; Rebecca Klein, *Lawsuit Accuses Betsy DeVos And Her Deputies Of Being Motivated By Sexism*, HuffPost (Oct. 31, 2018), https://m.huffpost.com/us/entry/us_5bd9ff6ee4b01abe6a1ad4a9; Nick Penzenstadler, *A year after Vegas shooting, ATF emails reveal blame, alarm over bump stocks*, USA Today (Oct. 1, 2018), https://www.usatoday.com/story/news/2018/10/01/year-after-vegas-shooting-atf-emails-reveal-blame-alarm-over-bump-stocks/1432137002/; Jessica Kwong, *Ivanka Trump was more than complicit in Obama equal pay rollback-she had a hand in it, watchdog alleges*, Newsweek (Aug. 29, 2018), https://www.newsweek.com/ivanka-trump-equal-pay-complicit-obama-1093833; Vera Bergengruen, *New Emails Show What Happens When The Pentagon Has To Scramble To Catch Up To Trump*, Buzzfeed News (July 25, 2018), https://www.buzzfeednews.com/article/verabergengruen/these-emails-show-what-happens-when-the-white-house-keeps; Erin Dooley, *Exclusive: Former for-profit college executive shaped Education Department policy that could benefit former employers: Documents*, ABC News (May 15, 2017), https://abcnews.go.com/US/exclusive-profit-college-executive-shaped-education-department-policy/story?id=55108981; Heidi Przybyla, *Notes, emails reveal Trump appointees' war to end HHS teen pregnancy program*, NBC News (Mar. 20, 2018), https://www.nbcnews.com/politics/politics-news/notes-emails-reveal-trump-appointees-war-end-hhs-teen-pregnancy-n857686; Dominic Holden, *Documents Show The Trump Administration Approved Bump Stocks Before It Opposed Them*, Buzzfeed News (Mar. 22, 2018), https://www.buzzfeednews.com/article/dominicholden/trump-administration-bump-stocks; Bernard Condon, *Trump Advisor Denies He Cheered End of Tunnel Funding Deal*, Associated Press (Feb. 13, 2018), *available at* https://www.usnews.com/news/business/articles/2018-02-13/trump-adviser-denies-he-cheered-end-of-tunnel-funding-deal; Celeste Katz, *Interior Department tapped wildfire preparedness funds for Ryan Zinke helicopter tour*, Newsweek (Dec. 29, 2017), https://www.newsweek.com/ryan-zinke-interior-department-helicopters-wildfires-757857.

DFF-FHFA-25-1248

# DEMOCRACY FORWARD ➤

removal of Cook puts America at higher odds of entering "stagflation."[25] Furthermore, elected officials state that the weakening of the Federal Reserve's independence "puts every American's savings and mortgage at risk."[26] Because such a decision will impact many Americans' financial conditions, the public deserves to receive information to help them advocate against these decisions before they are made by the Government.

This is especially pertinent given that Pulte announced on X that he has sent two more criminal referral letters to DOJ–indicating that there are likely more criminal referrals being prepared by the Administration. If these criminal referrals follow the pattern of those of James, Schiff, and Cook, they could proceed to additional politically-motivated investigations and potentially serious criminal consequences in short order.

Given this current exigency, it is important for the public to have access to information about these matters while they can still petition their government leaders and advocate for a different course of action. If action is taken to send more politically retributive, criminal referrals before the release of the requested records, the government may continue to take harmful actions against publicly elected officials and independent institutions before the public can intervene.

In sum, the release of federal records related to this historic matter are of critical importance. The American public seeks and deserves to know if the Trump Administration has abused the criminal justice system to seek retribution against perceived political adversaries and/or to exert undue influence over an independent institution. Given the compelling need for prompt disclosure of such information, Democracy Forward Foundation seeks expedited processing for these requests.

I and DFF certify that the above information in support of this expedited processing request is true and correct to the best of our knowledge and belief.

---

[25] Kitty Richards, "*Trump's threats against this Fed board member are a threat to the whole economy,*" MSNBC (August 23, 2025), https://www.msnbc.com/opinion/msnbc-opinion/trump-federal-reserve-lisa-cook-pulte-rcna226702; Jennifer Sor, "*Trump's attempt to fire Lisa Cook makes stagflation in the US more likely, strategist says,*" Business Insider (August 27, 2025), https://www.businessinsider.com/stagflation-trump-lisa-cook-firing-fed-independence-inflation-economic-outlook-2025-8; Ben Casselman, "*Seeking to Control the Fed, Trump Risks Upending a Pillar of the Global Economy,*" The New York Times (August 26, 2025), https://www.nytimes.com/2025/08/26/us/politics/trump-fed-lisa-cook.html; Dan Irvine, "*Trump's Firing Of Fed Governor Lisa Cook Threatens Economic Stability,*" Forbes (August 26, 2025), https://www.forbes.com/sites/danirvine/2025/08/26/trumps-firing-of-fed-governor-lisa-cook-threatens-economic-stability/; Max Zahn, "*Trump's move to fire Lisa Cook threatens Fed independence, risks inflation: Experts,*" ABC News (August 26, 2025), https://abcnews.go.com/Business/trumps-move-fire-lisa-cook-threatens-fed-independence/story?id=124985193.
[26] Robert Birsel and Shane Croucher, "*Schumer Sounds Alarm on Savings, Mortgages as Trump Moves To Fire Lisa Cook,*" Newsweek (August 26, 2025), https://www.newsweek.com/schumer-trump-lisa-cook-fed-mortgages-savings-2119187.

DFF-FHFA-25-1248

**DEMOCRACY FORWARD▶**

*Scope of Search*

FOIA requires agencies to disclose information, with only limited exceptions for information that would harm an interest protected by a specific exemption or where disclosure is prohibited by law. 5 U.S.C. § 552(a)(8)(A). In the event that any of the requested documents cannot be disclosed in their entirety, we request that you release any material that can be reasonably segregated. *See* 5 U.S.C. § 552(b). Should any documents or portions of documents be  withheld, we further request that you state with specificity the description of the document to be withheld and the legal and factual grounds for withholding any documents or portions thereof in  an index, as required by *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). Should any document  include both disclosable and non-disclosable material that cannot reasonably be segregated, we request that you describe what proportion of the information in a document is non-disclosable and how that information is dispersed throughout the document. *Mead Data Cent., Inc. v. U.S.  Dep't of Air Force*, 566 F.2d 242, 261 (D.C. Cir. 1977).

If requested records are located in, or originated in, another agency, department, office, installation or bureau, please refer this request or any relevant portion of this request to the  appropriate entity.

To the extent that the records are readily reproducible in an electronic format, we would prefer to receive the records in that format. However, if certain records are not available in that format, we are willing to accept the best available copy of each such record.

Please respond to this request in writing within 20 working days as required under 5 U.S.C. § 552(a)(6)(A)(i). If all of the requested documents are not available within that time period, we request that you provide us with all requested documents or portions of documents that are available within that time period. If all relevant records are not produced within that time period, we are entitled to a waiver of fees for searching and duplicating records under 5 U.S.C. § 552(a)(4)(A)(viii)(I).

**Request for Fee Waiver**

Pursuant to 5 U.S.C. § 552(a)(4)(A)(iii) and your agency's regulations, DFF requests a waiver of all fees associated with processing records for this request. FOIA requires documents to be furnished to requesters at no fee or reduced fees "if disclosure of the  information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." 5 U.S.C. § 552(a)(4)(A).

In determining whether a fee waiver is appropriate, courts consider whether a requester has a "demonstrated . . . ability to disseminate the requested information," *Cause of Action v. F.T.C.*, 799 F.3d 1108, 1116-17 (D.C. Cir. 2015), and whether the requester regularly disseminates

DFF-FHFA-25-1248

# DEMOCRACY FORWARD ▶

records obtained through FOIA to "a reasonably broad audience of persons interested in the subject" of its work. *Carney v. U.S. Dep't of Justice*, 19 F.3d 807, 814-15 (2d Cir. 1994). FOIA does not require a requester to describe exactly how it intends to disseminate the information requested, as that would require "pointless specificity"; all that is necessary is for a requester to adequately demonstrate its "ability to publicize disclosed information." *Judicial Watch, Inc. v. Rossotti*, 326 F.3d 1309, 1314 (D.C. Cir. 2003). In evaluating a fee waiver request, courts consider how a requester actually communicates information collected through FOIA to the public, including press releases or a website where documents received are made available, *see id.*, or whether the requester has a history of "contacts with any major news[] companies" that suggest an ability to disseminate materials of interest through the press. *Larson v. C.I.A.*, 843 F.2d 1481, 1483 (D.C. Cir. 1988) (upholding a denial of a fee waiver to a requester who had failed to identify his relationships with newspaper companies that could disseminate documents).

The requested waiver is in the public interest because providing the copy of the information sought primarily benefits the general public. DFF has a demonstrated ability to disseminate information of public interest requested through freedom of information statutes, and based upon responses to this request may assist in publicizing records received to contribute to the public's understanding of the government's activities in charging government officials with mortgage fraud. Indeed, records received by Democracy Forward Foundation have previously formed the basis of news reports.

Democracy Forward Foundation is not filing this request to further any commercial interest, and any information obtained by Democracy Forward Foundation as a result of this request and disclosed will be disclosed at no cost.

If the request for a waiver is denied, we are willing to pay all reasonable fees incurred for searching and duplicating records in responding to this request, up to $100. If the costs of responding to this request should exceed that amount, please contact us before incurring costs exceeding that amount.

### *Conclusion*

If you need clarification as to the scope of the request, have any questions, or foresee any obstacles to releasing fully the requested records within 20 business days, please contact me as soon as possible at foia@democracyforward.org.

We appreciate your assistance and look forward to your prompt response.

Sincerely,

*/s/ Skye Perryman*
Skye Perryman

DFF-FHFA-25-1248

DEMOCRACY
FORWARD▶

President & CEO
*On behalf of*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043

DFF-FHFA-25-1248

**Exhibit 2**

**DEMOCRACY FORWARD➤**

FOIA Requests <foia@democracyforward.org>

## FHFA FOIA No. 2025-FOIA-138 and 2025-FOIA-139

1 message

**Easter, Stacy** <Stacy.Easter@fhfa.gov>                                                  Mon, Sep 8, 2025 at 2:37 PM
To: "foia@democracyforward.org" <foia@democracyforward.org>
Cc: "Easter, Stacy" <Stacy.Easter@fhfa.gov>

| This message was sent securely using Zix® |
|---|

| **CONTROLLED** |
|---|

September 8, 2025

Re: FHFA FOIA No.: FHFA FOIA No. 2025-FOIA-138 and 2025-FOIA-139

Dear Skye Perryman,

This confirms receipt of your Freedom of Information Act (FOIA) requests, dated August 29, 2025. Your request was received in the Federal Housing Finance Agency's (FHFA) FOIA office on August 29, 2025 and assigned the below FHFA FOIA request numbers.  Please refer to these numbers in any correspondence concerning your requests.

- 2025-FOIA-138 – 1. All communications (including email messages, complete email chains, calendar invitations, or attachments thereto) between (a) any of the FHFA officials listed below and (b) any of the Department of Justice officials identified below, regarding the Criminal Referral of Federal Reserve Governor Lisa Cook for alleged mortgage fraud sent from William J. Pulte to Pamela J. Bondi and Edward R. Martin Jr. on August 15, 2025. 2. All email communications (including email messages, complete email chains, calendar invitations, or attachments thereto) sent from William J. Pulte containing [various key terms]. 3. All records reflecting any request from the FHFA Office of the Director, including Director William J. Pulte or his immediate subordinates, to Fannie Mae or Freddie Mac for access to or copies of the mortgage or other financial information of specific individuals.  4. All records reflecting communications (including email messages, complete email chains, calendar invitations, or attachments thereto, as well as any text messages or messages sent on messaging platforms such as Microsoft Teams, Skype, WhatsApp, Signal, or GChat) between FHFA Director William J. Pulte and James T. Fishback. This request seeks records from March 1, 2025 until the date of the search.
- 2025-FOIA-139 – 1. All criminal referral letters sent from FHFA Director William J. Pulte or any other FHFA official (other than officials within the FHFA Office of Inspector General) to the Department of Justice regarding alleged mortgage fraud by particular individuals, including but not limited to the referrals publicly mentioned on Pulte's post on X.com on August 22, 2025.  2. All records reflecting communications (including email communications, text message and similar message communications, calendar entries, and documents summarizing or reflecting the content of phone calls or meetings) of William J. Pulte with any staff of the White House, including with President Trump. This request seeks records from March 1, 2025 until the date of the search.

FHFA currently has a backlog of requests in its complex/expedited track. Processing time for these requests is approximately 45 - 60 days.

Please contact me if you have questions.

Regards,

# Stacy J. Easter

Sr. FOIA/Privacy Act Officer

FOIA Public Liaison

**Federal Housing Finance Agency** | Office of General Counsel

400 7th Street, SW | Washington, DC 20219

Phone: 202-649-3803

[FOIA Website](#)



**Controlled Notice: The information contained in this email and any attachments may be Controlled Unclassified Information subject to dissemination controls, restrictions, or safeguarding requirements pursuant to a federal law, regulation, or policy. Any use, distribution, or copying of this email, including any of its contents or attachments by any person other than those authorized by the Federal Housing Finance Agency, or for any purpose other than its intended use, is strictly prohibited. If you believe you have received this email in error, permanently delete the email and any attachments, and do not save, copy, disclose, or rely on any part of the information contained in this email or its attachments. Please call 202-649-3800 if you have questions.**

This message was secured by **Zix**&#174.