UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br>Plaintiff,<br>v.<br>FEDERAL HOUSING FINANCE AGENCY,<br>Defendant. | Civil Action No. 25-3700 (TSC) |

**JOINT STATUS REPORT**

Pursuant to this the parties' July 15, 2026, Joint Status Report ("JSR"), the Federal Housing Finance Agency ("Defendant") and the Democracy Forward Foundation ("Plaintiff"), by and through undersigned counsel, hereby submit this JSR in this action under the Freedom of Information Act ("FOIA"). The parties report as follows:

1. This lawsuit concerns four FOIA requests relating to criminal referrals for mortgage fraud, where the Request numbers are 2025-FOIA-50, 2025-FOIA-98, 2025-FOIA-138, and 2025-FOIA-139.

2. FHFA has completed search and production for Requests 2025-FOIA-00050 and 2025-FOIA-138.

3. Request 2025-FOIA-139 was the subject of Plaintiff's Motion for Production Schedule, ECF No. 14, and the Court entered a Minute Order on July 29, 2026 concerning that Motion and Request 2025-FOIA-139.

4. On February 19, 2026, FHFA agreed to complete production of non-exempt portions of the records responsive to request 2025-FOIA-098 by September 4, 2026, and, in return,

Plaintiff agreed to both narrow the request and to not file a motion seeking an order from the Court requiring earlier processing of that request. Defendant states that it intends to complete processing of Request 2025-FOIA-098 by September 4, 2026.

***

The parties propose that they file a further status report on or before September 15, 2026.

Dated: August 14, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *__/s/ Brett S. Covington*
BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States
Attorney 601 D Street, NW
Washington, D.C. 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Counsel for Defendant*

By: *_/s/ Anisha Hindocha*
Anisha N. Hindocha
(Bar No. 1725159)
Daniel A. McGrath
(Bar No. 1531723)
Robin F. Thurston
(Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ahindocha@democracyforward.org
dmcgrath@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiff*