UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY,<br><br>Defendant. | Civil Action No. 25-03700 (TSC) |

# JOINT STATUS REPORT

Pursuant to this Court's August 17, 2026 Minute Order, Defendant Federal Housing Finance Agency ("Defendant" or "FHFA") and Plaintiff Democracy Forward Foundation ("Plaintiff"), by and through undersigned counsel, hereby submit this joint status report in this action under the Freedom of Information Act ("FOIA"). The parties provide their respective statements as to the status as follows:

## Defendant's Statement

On July 29, 2026, the Court issued a Minute Order directing FHFA to "complete processing of Plaintiff's FOIA request, Request No. 2025-FOIA-139, and release all segregable, non-exempt responsive material by September 1, 2026." July 29, 2026 Minute Order. On September 1, 2026, FHFA issued its final determination to Plaintiff on the documents responsive to the FOIA request subject to that order, FOIA Request No. 2025-FOIA-139, and produced all segregable, non-exempt responsive material. On September 3, 2026, FHFA issued its final determination to Plaintiff on the documents responsive to FOIA Request No. 2025-FOIA-098.

In light of these productions, the parties are currently engaged in good faith discussions on how to potentially narrow or eliminate any remaining disputes. To that end, FHFA believes that summary

judgment briefing is premature at this time. FHFA proposes filing another joint status report on or before November 16, 2026, updating the Court of the status of this case. In terms of Plaintiff's Statement below, FHFA is willing to provide a draft *Vaughn* index to narrow issues in dispute but requires additional time to assess when a draft *Vaughn* index could be completed.

**Plaintiff Statement**

On September 10, 2026, Plaintiff conveyed to Defendant's counsel its concerns regarding the adequacy of the agency's search, which Plaintiff had raised approximately nine months ago, and requested draft *Vaughn* indices for certain productions and records by October 15, 2026. In Defendant's prior representations to Plaintiff and to the Court, Defendant FHFA indicated that it would provide draft *Vaughn* indices within 30 days of its productions. Plaintiff therefore believes that its request is reasonable and would facilitate the resolution of the remaining issues while conserving the Court's time and resources. Plaintiff agrees that setting a summary judgment briefing schedule at this time would be premature but anticipates requesting that the Court set such a schedule in the next joint status report if conferral has not resolved the remaining issues in dispute.

Dated: September 15, 2026

By: *__/s/ Anisha Hindocha__*
Anisha N. Hindocha
(Bar No. 1725159)
Daniel A. McGrath
(Bar No. 1531723)
Robin F. Thurston
(Bar No. 7268942)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
rthurston@democracyforward.org

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *__/s/ Brett S. Covington__*
BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Counsel for Defendant*

ahindocha@democracyforward.org

*Counsel for Plaintiff*